CLARE R. DAHN, Respondent, Appellant, v. ROBERT A. DAHN, Appellant, Respondent. Order unanimously modified to the extent of reducing the amount required to be deposited by the defendant monthly to the credit of the plaintiff in the Chase National Bank from $300 to $250; and by reducing the counsel fee required to be paid by the defendant from $1,000 to $750, such reduced sum to be paid in two equal installments, the first within ten days after service of a copy of the order to be entered hereon, and the second in the manner directed in the order appealed from, and as thus modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.